UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    v.

CEDRIC J. MILLER,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

INDICTMENT

07

USDC SDNY
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____ APR 30 2007

## COUNT ONE

The Grand Jury charges:

In or about November, 2006, in the Southern District of New York and elsewhere, CEDRIC J. MILLER, the defendant, unlawfully, willfully, and knowingly, and with intent to defraud, in an offense affecting interstate and foreign commerce, did traffic in and use one and more unauthorized access devices during any one-year period, and by such conduct obtained things of value aggregating $1000 and more during that period, to wit, MILLER charged approximately $2,166.83 on a stolen American Express card, approximately $1,937.19 of which was charged with another individual at a Home Depot store.

(Title 18, United States Code, Sections 1029(a)(2) and 2.)

## COUNT TWO

The Grand Jury further charges:

In or about November, 2006, in the Southern District of New York, and elsewhere, CEDRIC J. MILLER, the defendant, unlawfully, wilfully, and knowingly did steal, take, and

abstract, and by fraud and deception obtain, and attempt so to obtain, from and out of any mail, post office, and station thereof, letter box, mail receptacle, and any mail route and other authorized depository for mail matter, and from a letter and mail carrier, letters, postal cards, packages, bags, and mail, and did abstract and remove from any such letters, packages, bags, and mail, any articles and thing contained therein, and did secrete, embezzle, and destroy any such letters, postal cards, packages, bags, and mails, and any articles and things contained therein, and did steal, take, and abstract, and by fraud and deception obtain any letters, postal cards, packages, bags, and mail, and any articles and things contained therein which had been left for collection upon and adjacent to a collection box and other authorized depository of mail matter, and did buy, receive, and conceal, and unlawfully have in his possession, any letters, postal cards, packages, bags, and mail, and any articles and things contained therein, which had been so stolen, taken, embezzled, and abstracted, as herein described, knowing the same to have been stolen, taken, embezzled, and abstracted, to wit, MILLER stole items from packages that were

mailed from the Deutsche Bank mailroom in Manhattan.

(Title 18, United States Code, Sections 1708 and 2.)


_____          _____
FOREPERSON                               MICHAEL J. GARCIA
                                         United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

- v. -

**CEDRIC J. MILLER,**

**Defendant.**

---

**INDICTMENT**

07 Cr.

(18 U.S.C. §1029(a)(2),
18 U.S.C. §1708, and 18 U.S.C. §2.)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

*[signature]*
Foreperson.

---

4/30/07 — Filed Indictment
G.C.

Katz, USMJ.