UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x

UNITED STATES OF AMERICA         :

      - v. -                   :   ORDER

CEDRIC MILLER,                   :   07 Cr. 365 (AKH)

              Defendant.      :

------------------------------- x

      WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on August 6, 2007;

      WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

      WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

      IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
          Nov. 15, 2007

                              HONORABLE ALVIN K. HELLERSTEIN
                              UNITED STATES DISTRICT JUDGE